UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
PKOH NYC, LLC,

                               Plaintiff,

           -against-

THE BOTTLE CREW, LLC,

                              Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   5/3/22

22-CV-3495 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff brought this lawsuit on April 29, 2022, alleging that this Court has subject-matter jurisdiction over the case due to the diversity of the citizenship of the parties, *see* Compl., Dkt. 1 ¶ 4;

WHEREAS to determine the citizenship of a limited liability company ("LLC"), the Court must look to the citizenship of each member, *see Bayerische Landesbank, New York Branch v. Aladdin Capital Mgmt. LLC,* 692 F.3d 42, 49 (2d Cir. 2012) (citation omitted); and

WHEREAS Plaintiff, an LLC, failed to plead the citizenship of its members or that of the Defendant, which is also an LLC, *see* Compl. ¶¶ 1–2;

IT IS HEREBY ORDERED that Plaintiff must submit an update to the Court not later than **May 5, 2022**, regarding the citizenship of the members of both LLCs to ensure that the Court has subject-matter jurisdiction over this case.

**SO ORDERED.**

Date:  May 3, 2022
        New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**